Steven A. Morris, Esq. (SBN: 126193)
Jonathan M. Deer, Esq. (SBN: 164837)
morris@tfmclaw.com; jdeer@tfmclaw.com
Turner Friedman Morris & Cohan, LLP
8383 Wilshire Blvd., Ste. 510
Beverly Hills, CA 90211
(323) 653-3900 (telephone)
(323) 653-3021 (facsimile)

Attorneys for Plaintiff ENCARDIA WELLNESS, LLC

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
4/7/2020

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCARDIA WELLNESS, LLC, ) | Case No.: 4:19-cv-7308-YGR |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL WITH** |
| vs. ) | **PREJUDICE** AND ORDER |
| ) | |
| MEDTRONIC, INC., and DOES 1 through 10;) | |
| ) | |
| Defendants ) | |

TO THE COURT:

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties ENCARDIA WELLNESS, LLC, and MEDTRONIC, INC., by and through their attorneys of record, hereby stipulate and agree that the above captioned matter be dismissed in its entirety, with prejudice. Each party shall bear its own costs and attorney fees.

DATED: April 6, 2020　　　　　　　　　　**TURNER FRIEDMAN MORRIS & COHAN, LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Steven Morris*
　　　　　　　　　　　　　　　　　　　　Steven Morris
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　ENCARDIA WELLNESS, INC.

DATED: April 6, 2020　　　　　　　　　　**GREENBERG TRAURIG, LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Ginger F.H. Pigott*
　　　　　　　　　　　　　　　　　　　　Ginger F. H. Pigott
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　MEDTRONIC, INC.